**LYNCH, J.**

v.

**BANK OF AMERICA**

**1434 EDA 2016**

Superior Court of Pennsylvania.

03/01/2017

151202495 (Philadelphia)

Affirmed

**LYNCH, J.**

v.

**BANK OF AMERICA**

**1435 EDA 2016**

Superior Court of Pennsylvania.

03/01/2017

151202495 (Philadelphia)

Affirmed

**COM.**

v.

**FITZGERALD, G.**

**1573 EDA 2016**

Superior Court of Pennsylvania.

03/01/2017

CP–51–CR–0001635–2009, CP–51–CR–0004276–2011, CP–51–CR–0307291–2000 (Philadelphia)

Affirmed

**IN the INTEREST OF: A.M.M.**

**Appeal of: S.J.M.**

**1848 EDA 2016**

Superior Court of Pennsylvania.

03/01/2017

AD–14–0063 (Chester)

Affirmed

**COM.**

v.

**LUCHI, J.**

**2256 MDA 2015**

Superior Court of Pennsylvania.

03/01/2017

CP–40–CR–0003848–2013 (Luzerne)

Affirmed

